PAUL H. WENDEL, Appellant, *v.* HAROLD G. HOFFMAN, Respondent, Impleaded with Others.

Submitted July 29, 1941; decided October 9, 1941.

*Myron J. Greene* for motion.

*Nathan Goldman* and *Thomas L. Zimmerman, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground the judgment is not a final determination of the action within the meaning of the Constitution.